FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 1, 2015

Hon. A. Peter Thaddeus Jr.
121 N. 10th Street
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Keith C. Livesay
517 W. Nolana
Brazos Suites No. 9
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Frederick J. Castro
P.O. Box 3745
McAllen, TX 78504

Hon. Roger W. Hughes
Adams & Graham
P. O.  Drawer 1429
Harlingen, TX 78551-1429
* DELIVERED VIA E-MAIL *

Hon. Vicente Gonzalez
Attorney at Law
121 North 10th Street
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00787-CV
Tr.Ct.No. 2011-DCL-05958-I
Style:   RAMIRO  R.  ARMENDARIZ  v.  STATE  FARM  LLOYDS  AND  DANIEL
         LONGORIA

Dear Counsel:

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:cc
Enc.
cc:    Hon. J. Rolando Olvera Jr., 445th District Court, Cameron County
       (DELIVERED VIA E-MAIL)
       Hon. Eric  Garza, District Clerk (DELIVERED VIA E-MAIL)